SECOND AMENDED COMPLAINT

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

REGARDING CLAIM 3

JONES
_____
District Judge
(Assigned by Clerk's Office)

SARGENT
_____
Mag. Referral Judge
(Assigned by Clerk's Office)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED            T

January 23, 2023

Laura A. Austin, Clerk
By: /s/ T. Taylor, Deputy Clerk

CIVIL ACTION NO. 7:23-cv-00046
_____
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under   **Jury requested**
CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>

Adib Eddie Ramez Makdessi                                    1187926
_____                              _____
Plaintiff Name                                               Inmate No.
v.

Harold Clarke, et al.,
_____
Defendant Name & Address

See page 7 of attached brief for 18 Defendants
_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

*************************************************************************************

A. <u>Where are you now?</u> Name <u>and</u> Address of Facility:
Red Onion State Prison, P.O. Box 970 Pound, VA 24279

Mailing address: VDOC Centralized Mail Dist. Centr.
3521 Woods Way
State Farm, VA 23160

B. Where did this action take place?

_Red Onion State Prison_

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

___ Yes   ✓ No   I was prevented for seven years by threats, assaults & TORTURE

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   ___ No

1. If your answer is Yes, indicate the result:

_Exhausted and reexhausted many, many Grievances_

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly. TORTURE in the Webster's Dictionary means: "Unnecessary" Infliction of Pain To Punish, Torment

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

_See attached brief pages 1 to 5 For 9 claims_

_ALL 9 claims are Joined by Continued TORTURE For the past 7 years in this prison & this Federal Court will never protect me._

"Serious medical needs NOT be TORTURED"

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

_See attached brief pages 1 to 5 For 9 claims_

_ALL 9 Claims are Joined by Continued deliberate TORTURE For the past 7 years in this prison and SEVERE injuries, and this Federal Court will never protect me "Serious medical needs NOT to be TORTURED"_

"Unnecessary cruelty is Torture" according to U.S. Supreme Court

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

   _See page 6 of attached brief_

G. If this case goes to trial, do you request a trial by jury? Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: _11-30-2022_   SIGNATURE: _[signature]_

VERIFICATION:
I, _Adib Eddie Ramez MaKdessi_, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _11-30-2022_   SIGNATURE: _[signature]_

Updated 9/9/22

No. 7:22-cv-428
SECOND AMENDED COMPLAINT

- Plaintiff has been a Protective Custody inmate since 2003 [To be Protected NOT Assaulted]!
- All staff knows that Plaintiff Makdessi has serious Medical needs NOT be assaulted, reinjured & Tortured and aggrivate ongoing injuries, and be in handicapped cell status, and be provided medically needed treatments. Because:
  "It is so obvious that [even a Lay person would easily recognize] the necessity for an official & Medical to provide serious medical needs to Plaintiff Makdessi" According to Depaola V. Clarke, 884 F.3d. 481 (4th Cir 2018)

CLAIM #1: Equitable Claim ①&② to serious medical needs NOT be assaulted, "8th Amend. Continued harm & wrong reinjured, Tortured ①&② and 1st Amend. Retaliations, because all staff knows From case # 7:11-cv-262 and From the Medical order on my cell door stating "Front cuff, bottom bunk & bottom tier" due to Left shoulder injury and only one injured-disc that had surgery in 1993 before the additional severe injuries in this Claim #1 assault:

On 8-3-2015 officer S.T. White assaulted & battered me around 3:30 PM in D-318 segregation by punching & kicking me ①&② in my cell [while cuffed & shackeled] and severely injured 3 additional discs in my back and injured my right knee and reinjured and severely aggrivated my Left shoulder, M.R.I. proves long term severe injuries on 4 discs & right knee & severe TORTURE. ①&②

CLAIM #2: NEXUS TO CLAIM #1 And Equitable

In Jan. 2016 S.T. White & Unit Manager Swiney intersepted the law suit I sent in the mail against S.T. White for the assault & severe injuries in Claim #1 and ripped it up in Front of me & threatened me not to File one or S.T. White will assault me again, and Swiney, White & Collins placed me in a handicapped cell in Jan. 2016 because of the obvious medical needs they recognized from the severe assault & injuries S.T. White caused in Claim #1] And Swiney, Collins & S.T. White and many other staff used the handicapped cell [as pawn] to threaten, retaliate, & keep me from Filing any law suit for the past seven years in violations of 8th Amend. & 1st. Amend. retaliations and 6th Amend. access to the courts & TORTURE. ①&②

---

① "Continued harm, or continued wrong to serious medical needs violates 8th Amendment" Depaola V. Clarke, 884 F.3d. 481 (4th Cir 2018)
② "It is safe to affirm that punishment of TORTURE--- and all others in the same line of [Unnecessary cruelty], are Forbidden by the eighth Amendment" Hudson V. McMillian, 503 U.S. 1 (1992) Wilkerson V. Utah, 99 U.S. 130 at 136 (1879)

1

7:22-cv-428

CLAIM #3:
"Continued 8th Amend harm & wrong" to serious medical needs NOT be assaulted, reinjured & TORTURED & 1st Amend. retaliations on 8-20-2020 when U.M. Collins and Sgt. Ridings came to my handicapped cell C-610 and assaulted me by First Pulling my left arm & shoulder so hard & twisting it causing my back and shoulder injuries to be severely aggravated causing severe TORTURE when Collins knew I have serious injuries and serious medical needs NOT to be assaulted in Violations of 8th Amend. TORTURE②&③. This is also in Retaliations 1st Amend. because Collins intersepted my outgoing Law suit & distroyed it and he threatened me, again, that if I File a Law suit he will "F--K-me-up & take me out of handicapped cell status" in retaliations to cause me punishment of pain & TORTURE②&③.

CLAIM #4:
"Continued 8th Amend harm & wrong" to my serious medical needs NOT be assaulted, reinjured & TORTURED and 1st Amend. Retaliations, because Collins "REMOVED & DISPLACED" me From my 5 year handicapped cell status on 10-19-2020 only 4 days after Collins & Warden Kiser Lied & committed Fraud upon this Court in Case No. 7:20-cv-223 ECF 51 on page 9 by lying to senior Judge James P. Jones, that:

> "Kiser, Collins and Ridings deny that they ever threatened to remove Makdessi From a handicapped cell, NOR is there any evidence to prove Makdessi is in Jeopardy of being displaced from his handicapped cell"

Warden Kiser, U.M. Collins & Warden White knew I have serious medical needs to be in handicapped cell & they deliberately removed me in retaliation For sending another Law suit they intersepted & distroyed, and they caused me serious injuries, Pain & TORTURE② of continued harm & wrong of 8th Amend. because the 5 days I

---

② "It is safe to affirm that punishment of TORTURE--- and all others in the same Line of [Unnecessary Cruelty], are Forbidden by the eighth Amendment" Hudson v. McMillian, 503 U.S. 1 (1992) Wilkerson v. Utah, 99 U.S. 130 at 136 (1879)

③ "Continued harm, or continued wrong to serious medical needs violates 8th Amendment" Depaola v. Clarke, 884 F.3d. 481 (4th Cir 2018)

2

7:22-cv-428

spent in a none handicapped cell C-620 made me fall over 5 times and hit my head & left leg started swelling & turning Dark brown from none serculations because there was no handicap barrs to hold on and prevent me from falling when I get off the toilet when my left leg gave out on me by going numb. And when Asst. Warden Fuller found out from a request/complaint I sent him that Collins lied and committed Fraud Upon the Court to deliberately removed me & caused me reinjurres, Pain & TORTURE[4]&[5], Fuller placed me back in my handicapped cell C-610 after 5 days of reinjuries & severe TORTURE[4]&[5], because Fuller recognized my serious medical needs to be in handicapped cell status!

CLAIM # 5:

A year Later, Asst. Warden Fuller left this prison, and Major King started working at this Red Onion prison, and he came to my handicapped cell C-610 on 7-28-2021 at 10:27 AM and threatened me not to file complaints or law suit like I have been trying to do, or King will have Collins take me out of my handicapped cell status to cause me deliberate pain, reinjurres[4]&[5] & TORTURE, even when King knows my serious medical needs to be in handicapped cell.

CLAIM # 6:

"Continued 8th Amend. harm[4]&[5] & wrong" to my serious medical needs NOT be assaulted reinjured & Tortured, and 1st Amend. retaliations, when Collins assaulted[4]&[5] and battered me again on 6-21-2022 because he discovered I am filing a law suit against him and S.T. White & others, in a Prior Notice I sent him by informing him that I took notes from o.p. 401.1 about "USE OF FORCE" that proves in Court that he did in Fact assault and injured me without just cause in retaliations; Collins went crazy & assaulted me while cuffed by twisting my Left injured[4]&[5] shoulder & punched my Neck & shoulder & slammed me into the wall causing me severe TORTURE & dragged me to C-4 segregation shower by threats, & locked me up in C-4

---

[4] "It is safe to affirm that punishment of TORTURE... and all others in the same Line of [Unnecessary Cruelty], are Forbidden by the eighth Amendment"
Hudson v. McMillian, 503 U.S. 1 (1992) Wilkerson v. Utah, 99 U.S. 130, at 136 (1879)

[5] "Continued harm, or Continued wrong to serious medical needs Violates 8th Amendment"
Depaola v. Clarke, 884 F.3d. 481 (4th cir 2018)

3

7:22-cv-428

segregation shower for 3 hours, where I colapsed 3 to 4 times, when all staff & medical knows I could no longer stand-up from aggrivating my severe back & sciatica injuries in severe **TORTURE**, and Asst. Warden Blevens & D. Turner came & found out that Collins assaulted me & placed me in segregation shower for 3 hours pain & severe Torture, and they all refused to call medical or take me to medical and they also found out that Collins shoke my cell C-610 without my presence while Locked-up in the shower, and Collins distroyed the Law suit I had in a sealed & stamped envelope to be mailed out, and Asst. Warden Blevens & D. Turner did not do anything to Collins, instead, they placed me back in my handicapped cell & told me to forget about it and not to file a Law suit that makes Collins angry. Collins threatened me again ["IF you File a Law suit I will take you out of handicapped cell status to cause you pain & suffering and have someone beat your ass"] [Asst Warden Fuller is no longer in this prison to protect you"] Collins threatened.

## CLAIM # 7:

"Continued 8th Amend. harm & wrong" to my serious medical needs NOT be assaulted, reinjured & **Tortured**, and 1st Amend. retalrations, when Collins discovered I finally sent & Filed this Law suit, Collins ordered my removal from my 7 years medical needs to handicapped cell status on 11-3-2022, Knowing it will cause me ⑥&⑦ "irreparable serious grave harm & wrong & **TORTURE**", and when I complained to Lt. Masengill, Asst. Warden Blevens & Warden White that they all know my serious medical needs to be in handicapped cell, they all placed the blame on Medical Nurse L. Jessee & Dr. Fox for ordering my removal to cause me **TORTURE** & reinjuries. Then on 11-9-2022 my Left leg got numb & gave out on me again & I fell in my cell geting off the toilet because there is no handicapped barrs to hold on to, and I hit my head & blood went everywhere & a big painful Knot on my head and my

---

⑥ "It is safe to affirm that punishment of TORTURE ... and all others in the same line of [Unnecessary cruelty], are Forbidden by the eighth Amendment"
Hudson v. McMillian, 503 U.S. 1 (1992) Wilkerson v. Utah, 99 U.S. 130 at 136 (1879)

⑦ "Continued harm or Continued wrong to serious medical needs violates 8th Amendment"
Depaola v. Clarke, 884 F.3d. 481 (4th cir 2018)

4

7:22-cv-428

head and my left calf swoling from posible fracture. and my leg turning dark brown from none serculations and they are all playing a game, because the above named staff placed the fault at medical, and Medical Nurse Jessee & Dr. Fox place the fault on staff and they refused to xray my head & my left kalf and I was sent back to my cell with severe pain & TORTURE with every step I take a stabbing severe pain in the back of sciatica, & Sgt. Cobb refused me a wheelchair to go back to my cell by saying I (8)&(9) don't care how much pain & suffering you are in walking to cause me Unnecessary cruelty.

CLAIM # 8:
(8)&(9)
"Continued 8th Amend. harm & wrong" to serious medical needs, by refusing medical treatments recomendations by the surgions, because medical & prison staff wants to cause me deliberate pain, suffering and (8)&(9) TORTURE by Dr. Fox, Nurse Bledsoe, Nurse Trent, Nurse L. Jessee, Harold Clarke, David Robinson (2 John Does Richmond & Regional medical Directors), warden Kiser, warden white, Major King, D. Turner, L. Collins, for Conspiring & deliberately refused me the special Medical shoes & Back brace the surgion recomended that will RELIEF PAIN & TORTURE I am in, because in 1993 after my surgery on one injured disc, the surgion prescribed me Medical shoes & back brace that did provide pain relief .untill I was imprisoned & made to suffer TORTURE, (8)&(9) because they all, including the named medical staff refused to provide the above underlined recomended by the surgion for the past 5 years in violations of 8th Amend. Continued harm, wrong & TORTURE . and Collins said over ten times the past 7 years, "we all seen the movie NetFlix made about your crime, this is why you deserve (8)&(9) to suffer"

CLAIM # 9: "continued 8th Amend. harm & wrong" to serious medical needs to cause me deliberate pain & TORTURE by Dr. Fox & Nurse Jessee refusing me a cane to help me in walking since 10-5-2020 sick call, and every time I place a sick call they blame warden white, Asst. warden Blevens, & Major King for not allowing medical to authorize me a cane, medical shoes & back brace that will relieve serious painful conditions, to make me suffer severe pain & TORTURE, because of the movie they seen.

---

(8) "It is safe to affirm that punishment of TORTURE ... and all others in the same Line of [Unnecessary cruelty], are forbidden by the eighth Amendment" Hudson V. McMillian, 503 U.S. 1 (1992) Wilkerson V. Utah, 99 U.S. 130 at 136 (1879)

(9) "Continued harm or continued wrong to serious medical needs violates 8th Amendment" Depaola V. Clarke, 884 F.3d. 481 (4th cir 2018)

5

7:22-cv-428

## Relief Seeking:

Ten counts of 8th Amend. deliberate TORTURE of "Continued harm & wrong to serious medical needs" to NOT be assaulted, injured & TORTURED, and refused Medical shoes & back brace recomended by the surgion to cause me "Unnecessary cruelty" & TORTURE, and refused a cane & handicapped cell to cause me deliberate TORTURE and injurries at $100,000 each count ---------------------------- $1,000,000

Six counts of Retaliations 1st Amend. continued violations at $20,000 each count ------------------ 120,000

Three counts of Access to the Court 6th Amend. Continued violations at $20,000 each count ----------- 60,000

                                                    1,180,000

Long terms severe back & sciatica injuries ------- 500,000
Long terms left shoulder injuries & reinjuries ---- 100,000
Long term right knee injury ---- 50,000

                                   1,830,000

Punitive Damages for deliberate assaults & Torture ---- 7,000,000

                                  $8,830,000

## ORDER BY COURT

1- To make D.O.C. & medical prescribe Makdessi the Medical shoes & back brace according to surgion's recomendations that will provide relief of pain, suffering & TORTURE;

2- To make medical recomend handicapped cell to prevent Makdessi from further falls & injurries;

3- To have D.O.C. & medical pay 100% for any and all surgeries especially Discs Replacement surgeries on 4 discs and all needed hospitals & meds expenses;

4- To have D.O.C. transfer Makdessi to another protective custody free of Torture;

5- To have defendants pay Makdessi all expenses & cost of this action.

6

7:22-cv-428

## DEFENDANTS

1- Harold Clarke, Virginia Director of Corrections

2- David Robinson, Chief of D.O.C. opperations

3- Jeffrey Kiser, Warden of Red Onion prison from 2017 to 2020

4- Rick White, Warden at Red Onion prison 2021 to present

5- C. King, Major at Red Onion prison

6- D. Turner, Chief of housing at Red Onion prison

7- Larry Collins, Unit Manager at Red Onion prison

8- G. Ridings, seargent at Red Onion prison

9- Mr. Swiney, Unit Manager at Red Onion Prison

10- Keven Fox, Doctor at Red Onion prison

11- D. Trent, Nurse and now administrator at Red Onion prison medical

12- Ms. J. Bledsoe, Nurse & medical administrator at Red Onion Prison

13- S.T. White, officer at Red Onion Prison in 2015, 2016

14- G. Holloway, Regional Administrator

15- Bivens Robert, Regional Director

16- John Doe, Medical Director at Richmond D.O.C.

17- John Doe, Medical Director at Regional D.O.C.

18- L. Jessee, Nurse Practitioner at Red Onion Prison

19- Sgt. Cobb, Red Onion prison D-building seargent.

20- Mr. Blevens, Asst. Warden at Red Onion Prison

21- Lt. Masengill, Red Onion prison

7

7:22-cv-428

I reserve the right to amend any staff part of this action who will continue to retaliate against me by TORTURE (with all my serious injuries) For Filing this action.

Respectfully submitted

*[signature]* 11-30-2022
Adib Eddie Ramez Makdessi, #1187926
VDOC Centralized Mail Dist. Centr.
3521 Woods Way
State Farm, VA 23160

## CERTIFICATE OF SERVICE

I certify that on 11-30-2022, I have sent a copy in the mail of this second Amended 8 pages Complaint to:

Attorney General of Virginia
202 North 9th street
Richmond, VA 23219

*[signature]*
signature

8

